No. 99–1592. SANTINI ET AL. *v.* CONNECTICUT HAZARDOUS WASTE MANAGEMENT SERVICE. Sup. Ct. Conn. Motion of National Association of Home Builders for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 99–1603. GENERAL PUBLIC UTILITIES CORP. ET AL. *v.* ABRAMS ET AL.; and

No. 99–1604. DOLAN ET AL. *v.* GENERAL PUBLIC UTILITIES CORP. ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of these petitions. Reported below: 193 F. 3d 613 and 199 F. 3d 158.

No. 99–1653. DE LARRACOECHEA AZUMENDI, AS REPRESENTATIVE AND ANCILLARY CO-EXECUTRIX OF THE ESTATE OF NIEVES DE LARRACOECHEA AZUMENDI, DECEASED *v.* ROSENKRANZ, ON HIS OWN BEHALF AND AS ANCILLARY CO-EXECUTOR OF THE ESTATE OF NIEVES DE LARRACOECHEA AZUMENDI, DECEASED. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 99–1700. CASE CORP. *v.* B & J CO., INC., ET AL. C. A. 8th Cir. Motion of petitioner for leave to lodge under seal District Court order granted. Certiorari denied.